# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR54

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| RICHARD EDWARD MILLER ) | |

**THIS MATTER** is before the Court *sua sponte* to correct an error in the Defendant's Judgment, filed June 11, 2007. **See Fed. R. Crim. P. 36.**

**IT IS, THEREFORE, ORDERED** that the Clerk prepare an amended Judgment as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 63 months; 30 months of this 63-month term shall run concurrently to the sentence imposed for the bank robbery charge in Docket No. 7:06-516-1 from the U.S. District Court, District of South Carolina; the remaining 33 months of this 63-month term shall run consecutively to the sentence imposed for the 924(c) charge in Docket No. 7:06-516-1 from the U.S. District Court, District of South Carolina.

**IT IS FURTHER ORDERED** that all remaining terms and conditions of the original Judgment of Conviction shall remain in full force and effect.

Signed: July 15, 2009

Lacy H. Thornburg
United States District Judge